UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-mj-02256-Torres

UNITED STATES OF AMERICA

vs.

STANLEY AUGUSTE,

      **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  __ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  __ Yes  X  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: *Maria Catala*
Maria L. Catala
Assistant United States Attorney
U.S. Attorney's Office – SDFL
FL Bar 1000435
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9180
Email: Maria.catala@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Stanley Auguste,<br><br>*Defendant(s)* | ) ) ) Case No. 22-mj-02256-Torres<br>) )<br>) ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 16, 2022__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm as a Convicted felon |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*   ID #7779

Johnathan Ruiz, TFO, ATF
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Telephone__

Date: __Feb. 17, 2022__

_____
*Judge's signature*

City and state: __Miami, Florida__   Hon. Edwin G. Torres, Chief United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jonathan Ruiz, first being duly sworn, hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") in Miami, Florida. I have been a TFO with ATF for eight (8) years, and I am currently assigned to the Miami Group II Field Office. I have received training in and participated in numerous investigations involving illegal possession of firearms and ammunition by prohibited persons, and other firearms offenses. Prior to becoming an ATF TFO, I was assigned to the Narcotics Bureau, Gang Unit of the Miami-Dade Police Department for two (2) years, South District General Investigations Unit for one (1) year, South District Crime Suppression Team for three (3) years, and South District patrol for one (1) year. In total, I have been a police officer with the Miami-Dade Police Department for the past fifteen (15) years. As a TFO, my duties include the investigation of a variety of federal offenses involving firearms and narcotics offenses. I am, an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7). I am, therefore, empowered to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2.      This Affidavit is made for the purpose of establishing probable cause in support of a criminal complaint charging Stanley Auguste ("AUGUSTE") with possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

3.      The statements contained in this Affidavit are based on my personal knowledge, as well as information provided by other individuals, including other law enforcement officials, and my review of records and other evidence obtained during the course of this investigation. I have not included each and every fact known to me and to other law enforcement officers involved in

this investigation, but only the facts sufficient to establish probable cause.

## PROBABLE CAUSE

4. On or about February 16, 2022, Miami-Dade Police ("MDPD") was conducting high visibility patrol in the area of Ives Dairy Road and the I-95 southbound exit when she observed a black Ford Mustang driving erratically in unsafe conditions due to rain. Shortly thereafter, MDPD observed the vehicle spin out of control, almost causing a collision with vehicles in the immediate area.

5. MDPD initiated a traffic stop of the black Ford mustang at the intersection of Ives Dairy Road and I-95. Due to spinning out of control, the mustang was now facing a westbound direction. MDPD approached the vehicle and observed AUGUSTE sitting in the driver's seat. AUGUSTE stated that he was currently on probation and did not have a valid license. MDPD also noticed that AUGUSTE appeared to be nervous and evasive. MDPD asked AUGUSTE if there were any firearms inside of the vehicle, to which he initially replied, no.

6. However, shortly thereafter, another MDPD officer arrived on scene. The officer who conducted the stop asked AUGUSTE one last time if there were any firearm inside the vehicle. AUGUSTE first said that there was a gun in the car, but then said the gun was on him. MDPD retrieved an unholstered firearm from AUGUSTE's waistband and placed him in custody. A search of AUGUSTE's driver's records confirmed that his license was suspended.

7. The firearm was identified as a Springfield SA-XD, 9mm, with serial number BY242918. The firearm contained a magazine loaded with sixteen (16) live 9mm rounds of ammunition

8. A search of AUGUSTE'S vehicle revealed two (2) small crack cocaine rocks which were later impounded at the Miami-Dade Police Department, Intracoastal District.

9. On February 17, 2022, at approximately 12:21 a.m., Your Affiant interviewed AUGUSTE. Post-*Miranda,* AUGUSTE confessed to the driving violations and being in possession of the firearm recovered by MDPD. The interview is audio recorded.

10. A subsequent review of AUGUSTE's criminal history revealed that he was previously convicted of at least one felony, punishable by a term of imprisonment exceeding one year.

11. Further investigation by ATF revealed that the recovered firearm previously traveled in interstate and/or foreign commerce having been manufactured outside the State of Florida.

### CONCLUSION

12. Based on my training and experience and the facts detailed above, I respectfully submit that there is probable cause to believe that, on or about February 16, 2022, in Miami-Dade County, in the Southern District of Florida, AUGUSTE knowingly possessed a firearm in or affecting interstate or foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Jonathan Ruiz, TFO, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone this ___ day of February 2022, in Miami, Florida.

HONORABLE EDWIN G. TORRES
CHIEF UNITED STATES MAGISTRATE JUDGE

3